IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| REBECCA A. PORTER, KEREN A. PORTER, YUET-YUEN CHAN CUSHING & WENJU WANG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SU-YA CHIU & GINZA PTC, LLC,<br><br>Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>ALVIN DAYRIT, aka ALVIN D. BUNCAYO,<br><br>Third-Party Defendant. | FILED IN OPEN COURT<br>U.S.D.C. - Newnan<br><br>MAR 1 1 2024<br><br>KEVIN P. WEIMER, Clerk<br>By: _____ Deputy Clerk<br><br>Civil Action No. 3:21-cv-00108-TCB |

## FINAL ORDER AND JUDGMENT

On March 11, 2024, the Court held a bench trial in this matter to, *inter alia*, determine damages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (the "FLSA"), after the Court's June 15, 2023, Order granting Plaintiffs' motions for partial summary judgment and for default (Doc. 46). Following the withdrawal of their counsel, Defendants have failed to further participate in this action and have

1

not complied with the Court's February 8, 2023 Order (Doc. 44), June 15, 2023 Order (Doc. 46) or November 7, 2023 Order (Doc. 49). The Court therefore **STRIKES** Defendants' Answer and liability is established on all claims for which liability was not already established by virtue of the Court's June 15, 2023 Order (Doc. 46).

In advance of and at the bench trial, Plaintiffs provided testimony regarding their damages, and evidence was presented as to the attorneys' fees and costs incurred in pursuing this case.

Having considered Plaintiffs' testimony and the evidence before the Court, it is hereby **ORDERED** that Defendants Su-Ya Chiu and Ginza PTC, LLC are liable to Plaintiffs in the total amount of $373,615.48, plus post-judgment interest at the applicable rate, consisting of the following:

1. **Plaintiff Rebecca A. Porter**: (1) unpaid wages in the amount of $16,477.23; (2) withheld tips in the amount of $23,550.79; and (3) liquidated damages in the amount of $40,028.02, for a total of **$80,056.04**.

2. **Plaintiff Keren A. Porter**: (1) unpaid wages in the amount of $18,379.98; (2) withheld tips in the amount of $22,668.27; and (3) liquidated damages in the amount of $41,048.25, for a total of **$82,096.50**.

3. **Plaintiff Yuen-Yuen Chan Cushing**: (1) unpaid wages in the amount of $832.36; (2) withheld tips in the amount of $1,416.00; and (3) liquidated damages in the amount of $2,248.36, for a total of **$4,496.72**.

4. **Plaintiff Wenju Wang**: (1) unpaid wages in the amount of $7,582.17; (2) withheld tips in the amount of $10,910.68; (3) lost wages in the amount of $2,200.00; (4) liquidated damages in the amount of $20,692.85; and (5) compensatory damages in the amount of $30,000.00, for a total of **$71,385.70**.

5. Reasonable attorneys' fees and costs for the Radford Scott LLP firm in the amount of **$135,580.52**.

6. Reasonable attorneys' fees and costs for the Steven N. Newton, LLC law firm in the amount of **$22,800.00**.

7. Post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961.

The Clerk of Court is **DIRECTED** to enter **JUDGMENT** in favor of Plaintiffs and close this case.

SO ORDERED this 11th day of March, 2024.

*[signature]*

**TIMOTHY C. BATTEN, SR.**
**CHIEF UNITED STATES DISTRICT JUDGE**